IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANTE R. VOSS,

              Plaintiff,

  v.

MARATHON COUNTY, SCOTT R. PARKS,
SANDRA LA DU-IVES, LINCOLN COUNTY,
JEFF JAEGER, DAVE MANNINEN,
CORRECT CARE SOLUTIONS, CEO OF CCS,
DOCTOR OF CCS, NURSE PRACTITIONER OF
CCS, REGISTERED NURSE OF CCS, and LPN OF
MEDICAL CONTRACTOR,

              Defendants.

OPINION and ORDER

18-cv-540-jdp

---

Pro se plaintiff and prisoner Dante R. Voss moves for reconsideration of portions of the October 18, 2018 order screening his complaint. Dkt. 24.[1] For the reasons explained below, I will grant the motion in part and deny it in part.

I allowed Voss to proceed on several claims related to his medical care at Lincoln County Jail and Marathon County Jail between 2015 and 2017. Voss challenges two parts of the order. First, I allowed Voss to proceed on a claim that several defendants refused to provide an MRI for his neck, hip, and *back*, but Voss points out that he is actually challenging defendants' failure to provide an MRI for his neck, hip, and *shoulder*. I will clarify the claim accordingly.

Voss also says that defendants refused to refer him to a specialist. But this allegation falls within the broader claim that I allowed Voss to proceed on, which is that defendants failed

---

[1] Voss says that he is challenging a different order dated November 30, 2018, but all the challenged rulings are from the October 18 order. Dkt. 17.

to provide any effective treatment for his pain from 2015 to 2017. So it is unnecessary to change the scope of the screening order to include a referral to a specialist.

ORDER

IT IS ORDERED that:

1. Plaintiff Dante R. Voss's motion for reconsideration, Dkt. 24, is GRANTED to clarify that Voss wanted an MRI for his shoulder rather than his back. His motion is otherwise DENIED.

2. Voss is now proceeding on the following claims:

    a. as a result of policies by defendants Marathon County, Correct Care Solutions, the unnamed CEO of CCS, Scott Parks, and Sandra La Du-Ives, an unidentified nurse denied Voss narcotic pain medication on June 2, and June 16–30, 2015, in violation of the Due Process Clause and Wisconsin common law;

    b. as a result of policies by defendants Marathon County, Lincoln County, Correct Care Solutions, the unnamed CEO of CCS, Jeff Jaeger, Scott Parks, Dave Manninen, and Sandra La Du-Ives, an unnamed nurse practitioner denied Voss's requests for an MRI of his hip, neck, and shoulder, and failed to provide any effective treatment for that pain from 2015 to 2017, in violation of the Due Process Clause and Wisconsin common law;

    c. as a result of policies by defendants Marathon County, Lincoln County, Correct Care Solutions, the unnamed CEO of CCS, Jeff Jaeger, Scott Parks, Dave Manninen, and Sandra La Du-Ives, an unnamed psychiatrist and an unnamed nurse practitioner refused to prescribe Voss valium to help with nerve pain and post-traumatic stress disorder, in violation of the Due Process Clause and Wisconsin common law;

    d. as a result of policies by defendants Marathon County, Correct Care Solutions, the unnamed CEO of CCS, Scott Parks, and Sandra La Du-Ives between July 31 and August 3, 2017, and between December 14 and December 18, 2017, an unnamed nurse denied Voss migraine and muscle

relaxer medications, in violation of the Due Process Clause and Wisconsin common law.

e. between July 31 and August 3, 2017, and between December 14 and December 18, 2017, an unnamed nurse failed to provide Voss a second mattress to help with his pain.

Entered January 9, 2019.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge