UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

DANTE VOSS,

          Plaintiff,

                                                          Case No. 3:18-cv-00540-jdp

    v.

MARATHON COUNTY, *et al.*,

          Defendants.

---

CERTIFICATE OF SERVICE

---

    I hereby certify that I filed the CCS Professionals Response (Objection) to Plaintiff's March 19, 2020 Letter using the Court's ECF filing system, which sent e-copies to all parties. My staff also mailed a hard copy of the filing to Plaintiff at his current address provided on PACER.

Dated: March 19, 2020.                                         DAVIS|KUELTHAU, S.C.

                                                                           By: *s/ Ryan M. Wiesner*
                                                                              Ryan M. Wiesner
                                                                              111 E. Kilbourn Avenue, Suite 1400
                                                                              Milwaukee, WI 53202
                                                                              Tel. (414) 276-0200
                                                                              Fax (414) 278-3643
                                                                              Email  rwiesner@dkattorneys.com

                                                                              *Attorneys for the CCS Professionals*