UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DANTE VOSS,<br><br>       Plaintiff,<br><br>v.<br><br>MARATHON COUNTY, *et al.*,<br><br>       Defendant. | Case No. 3:18-cv-00540-jdp |

## CERTIFICATE OF SERVICE

I hereby certify that I filed the following documents on behalf of the CCS Professionals using the Court's ECF filing system, and that my staff mailed hard copies to the plaintiff's address as provided on PACER:

1. Response to Plaintiff's Request for "Accounting" of Medical Records (Doc. 243);
2. Declaration of Ryan M. Wiesner; and
3. Response to Plaintiff's Motion to Stay Proceedings Until 2021 (Doc. 244) Motion for Protective Order

Dated: July 6, 2020.　　　　　　　　　　Davis & Kuelthau, s.c.

                By: *Electronically signed by Ryan M. Wiesner*
                  Ryan M. Wiesner
                  111 E. Kilbourn Avenue, Suite 1400
                  Milwaukee, WI 53202
                  Tel. (414) 276-0200
                  Fax (414) 278-3643
                  Email   rwiesner@dkattorneys.com

                *Attorneys for CCS Professionals*