IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANTE R. VOSS,

    Plaintiff,

  v.

MARATHON COUNTY, SCOTT R. PARKS,
SANDRA LA DU-IVES, LINCOLN
COUNTY, JEFF JAEGER, DAVE
MANNINEN, CORRECT
CARESOLUTIONS, JORGE DOMINICIS,
RUSSELL CREEL, HOLLY MARON,
KRISTIN GAICHE, JESSE BORCHARDT,
JOHN MEIXNER,
and AMY KUBISIAK,

    Defendants.

Case No. 18-cv-540-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/  
Peter Oppeneer, Clerk of Court

1/20/2021  
Date